# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                  :         Case No. 3:00-cr-070

                                               District Judge Walter Herbert Rice
-vs-                                   Chief Magistrate Judge Michael R. Merz

                                         :

WALTER REAMEY, JR.,

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 155), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 13, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 be, and it hereby is, denied with prejudice and Defendant is denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

June 25, 2008.

                                                         Walter Herbert Rice
                                                        United States District Judge